# Notice Recipients

District/Off: 0315–2    User: auto    Date Created: 4/17/2023
Case: 19–22749–CMB    Form ID: 309    Total: 17

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr    KeyBank, N.A.

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
tr     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
aty    David A. Rice    ricelaw1@verizon.net
aty    Garry Alan Masterson    pitecf@weltman.com
aty    Scott R. Lowden    lowdenscott@gmail.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Cathy F. Giles    1425 Bedillion Road    Washington, PA 15301
cr         KeyBank N.A. as S/B/M to First Niagara, NA    4910 Tiedeman Rd    Brooklyn, OH 44144
15140336   Internal Revenue Service    Centralized Insolvency Operations    P.O. Box 7346    Philadelphia, PA 19101
15084683   KeyBank NA    c/o Kevin McDonald, Esq.    701 Market Street, Suite 5000    Philadelphia, PA 19106
15084682   Keybank Na    4910 Tiedeman Rd    Brooklyn, OH 44144
15084684   Keybank/usb Cc    Attn: Bankruptcy    4910 Tiedeman Road    Brooklyn, OH 44144
15122290   LVNV Funding, LLC    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603–0587
15084685   Mariner Finance    Attn: Bankruptcy Department    8211 Town Center Dr.    Baltimore, MD 21236
15098478   Pennsylvania Department of Revenue    Bankruptcy Division PO BOX 280946    Harrisburg, PA 17128
15122291   Pinnacle Credit Services, LLC    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603–0587
15118750   Verizon    by American InfoSource as agent    PO Box 4457    Houston, TX 77210–4457

TOTAL: 11